**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| DANIEL BELTRAN-RAMOS,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON et al,<br><br>Respondents. | Case No. 5:26-cv-03174-SPG-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation is **ACCEPTED**.
2. The Petition for Writ of Habeas Corpus is **DENIED**.
3. This action is **DISMISSED WITHOUT PREJUDICE.**

Date: July 30, 2026

SHERILYN PEACE GARNETT
United States District Judge