JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DANIEL BELTRAN-RAMOS,

Petitioner,

v.

J. JOHNSON, in his official capacity, Facility Administrator of Adelanto ICE processing center, ERNESTO SANTACRUZ, in official capacity, Field Office Director of ICE's Los Angeles Field Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; MARK W. MULLIN, Secretary of the United States Department of Homeland Security, official capacity; TODD BLANCHE; Acting Attorney General of the United States, official capacity,

Respondents.

Case No. 5:25-cv-3174-SPG-DFM

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

//

IT IS ADJUDGED that the Petition is denied and this action dismissed without prejudice.

Dated: July 30, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE